Jimmie MOBLEY, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 86481.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 18, 2006.

Jessica M. Hathaway, St. Louis, MO, for appellant.

RSMo 2000, unless otherwise noted.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cecily L. Daller, Jefferson City, MO, for respondent.

Before: NANNETTE A. BAKER, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Jimmie Mobley ("Movant") appeals from the motion court's judgment denying his Rule 24.035 [1] motion for post-conviction relief without an evidentiary hearing. In Movant's sole point on appeal, he claims that the motion court erred in denying his post-conviction claim that his plea counsel was ineffective for failing to advise Movant of all possible defenses to first-degree robbery and for advising him that if he went to trial there was a minimal chance that he would be acquitted. We find no error and affirm.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).

---

1. All rule references are to Mo. Rules Crim. P.2004, unless otherwise indicated.